Form ocnf13pln

# United States Bankruptcy Court
### Eastern District of Louisiana

*In Re:*

George Jackson III

Case Number: 05−13027

*Debtor(s)*

Chapter: 13      Section A

# ORDER CONFIRMING CHAPTER 13 PLAN

**Pursuant to hearing on June 21, 2005 , the Court finds that the plan as filed by the debtor complies with 11 USC 1325; therefore,**

**IT IS ORDERED, ADJUDGED and DECREED:**

1.   That the plan is hereby CONFIRMED and that to implement the plan the debtor shall make payments to the Trustee and to any other parties as specified by the plan.

2.   That unsecured, non−priority creditors shall be paid in accordance with the plan/amended plan on file with the court.

3.   That the administrative expenses of the Trustee shall be paid in full pursuant to 11 USC 1326(b)(2).

4.   That all proceeds from sale of property, proceeds from lawsuits or settlements, or tax refunds payable to the debtor shall be turned over to the Trustee for administration.

5.   That the debtor shall provide to the Trustee, at least every six months until the case is closed, a report on the status of any pending or potential lawsuit in which the debtor is or may be a plaintiff.

New Orleans, Louisiana, June 28, 2005.

United States Bankruptcy Judge